**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**TYRESE QUINN**                                                                    **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO.: 1:21-cv-00162-SA-DAS**

**WEBSTER COUNTY, ET AL.**                                         **DEFENDANTS**

**AGREED RULE 54(B) JUDGMENT OF DISMISSAL WITH PREJUDICE**
**WITH RESPECT TO MUNICIPAL DEFENDANTS**

Plaintiff Tyrese Quinn and Municipal Defendants the City of Eupora, Mississippi and Gregg Hunter ("Municipal Defendants") have agreed to and announced to the Court a confidential settlement of this case, and, the Court, being advised that the parties have an informed understanding of their rights and a full appreciation of the consequences of the confidential settlement, is desirous that Municipal Defendants be dismissed from this action.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Municipal Defendants are hereby DISMISSED WITH PREJUDICE, with the parties to bear their own costs. Pursuant to the confidential agreement of the parties, the Court will retain jurisdiction for the purpose of enforcing the confidential settlement agreement.

SO ORDERED AND ADJUDGED, this the 2nd day of December 2022.


/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE


APPROVED AS TO FORM AND CONTENT:


/s/ Carlos E. Moore                        /s/ G. Todd Butler
CARLOS E. MOORE                           G. TODD BUTLER
***ATTORNEY FOR PLAINTIFF***              ***ATTORNEY FOR MUNICIPAL DEFENDANTS***