## GENERAL AFFIDAVIT

## THE STATE OF MISSISSIPPI
## COUNTY OF WEBSTER

BEFORE ME, the undersigned, a Justice Court Clerk/Judge of said County, **Deputy Jacob Edwards** makes affidavit that **Tyrese Deontrel Quinn** on or about the **8th** day of **August**, **2020** in the County aforesaid, did purposefully, knowingly, feloniously, and attempt to cause bodily injury to, **Jacob Edwards, A Deputy Sheriff with the Webster County Sheriff Department**, acting within the scope of his duty, striking him in the face with a closed fist, while at **87 Government Ave., Eupora, MS**, Webster County, State of Mississippi contrary to the form of the statute in such cases made and provided, and against the Peace and Dignity of the State of Mississippi.

97-3-7 (1)(a)

Sworn to and subscribed before me this ___8th___ day of ___August___, 20__20__

Justice Court Clerk/Judge/Notary Public

**EXHIBIT F**

000005